UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AIESHA THOMAS, )</br>) </br>Plaintiff, )</br>) </br>VS. )</br>) </br>ALLY FINANCIAL, INC., )</br>) </br>Defendant. ) | CIVIL ACTION NO.</br></br>3:16-CV-2097-G |

### ORDER

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), plaintiff has filed a notice of voluntary dismissal with prejudice (docket entry 6). Accordingly, this case is **DISMISSED** with prejudice.

**SO ORDERED**.

August 25, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**